UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN R. TAFT,<br><br>    Petitioner,<br><br>    v.<br><br>JOEL MARTINEZ,<br><br>    Respondent. | No. 2:18-cv-0621 CKD P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges a prisoner disciplinary violation. When a prisoner challenges the execution of his sentence, as petitioner does here, the preferable venue is the court with jurisdiction over the place where the prisoner is confined. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is confined in Tuolumne County, which lies within the geographic area covered by the Fresno Division of this court. See Local Rule 120(d). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division. Therefore, this action will be transferred to the Fresno Division.

/////

/////

/////

1

| | |
|---|---|
| 1 | Good cause appearing, IT IS HEREBY ORDERED that: |
| 2 | 1. This action is transferred to the United States District Court for the Eastern District of |
| 3 | California sitting in Fresno; and |
| 4 | 2. All future filings shall reference the new Fresno case number assigned and shall be |
| 5 | filed at: |

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

Dated: March 27, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
taft0621.109